## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| REFX AUDIO SOFTWARE, INC., | Case No.: 3:13-cv-00207-JCH |
| Plaintiff, | Judge: Janet C. Hall |
| vs. | |
| DOES 1-145, | |
| Defendants. | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)

No answer having been filed, plaintiff hereby gives notice that its claims of infringement specifically alleged in the above-captioned action are voluntarily dismissed, with prejudice, pursuant to F.R.C.P. 41(a)(1)(A)(i) against the following defendants on the basis that settlement was reached, no identifying information was discovered, or for other reasons in the discretion of the plaintiff:

| | | | | | |
|---|---|---|---|---|---|
| Doe 1 | Doe 25 | Doe 55 | Doe 76 | Doe 103 | Doe 124 |
| Doe 2 | Doe 26 | Doe 56 | Doe 77 | Doe 104 | Doe 127 |
| Doe 3 | Doe 27 | Doe 57 | Doe 78 | Doe 105 | Doe 128 |
| Doe 4 | Doe 28 | Doe 58 | Doe 79 | Doe 106 | Doe 132 |
| Doe 6 | Doe 29 | Doe 59 | Doe 80 | Doe 108 | Doe 133 |
| Doe 8 | Doe 31 | Doe 60 | Doe 81 | Doe 109 | Doe 136 |
| Doe 9 | Doe 36 | Doe 61 | Doe 82 | Doe 110 | Doe 137 |
| Doe 11 | Doe 37 | Doe 62 | Doe 83 | Doe 111 | Doe 138 |
| Doe 12 | Doe 38 | Doe 63 | Doe 86 | Doe 112 | Doe 141 |
| Doe 13 | Doe 41 | Doe 64 | Doe 87 | Doe 113 | Doe 142 |
| Doe 14 | Doe 42 | Doe 65 | Doe 89 | Doe 114 | Doe 143 |
| Doe 16 | Doe 45 | Doe 66 | Doe 90 | Doe 115 | Doe 145 |
| Doe 17 | Doe 48 | Doe 68 | Doe 92 | Doe 117 | |
| Doe 18 | Doe 49 | Doe 70 | Doe 97 | Doe 120 | |
| Doe 20 | Doe 50 | Doe 71 | Doe 99 | Doe 121 | |
| Doe 21 | Doe 52 | Doe 72 | Doe 101 | Doe 122 | |
| Doe 22 | Doe 53 | Doe 73 | Doe 102 | Doe 123 | |

The following Does remain in the case:

| | | | | | |
|---|---|---|---|---|---|
| Doe 5 | Doe 32 | Doe 46 | Doe 84 | Doe 98 | Doe 129 |
| Doe 7 | Doe 33 | Doe 47 | Doe 85 | Doe 100 | Doe 130 |
| Doe 10 | Doe 34 | Doe 51 | Doe 88 | Doe 107 | Doe 131 |
| Doe 15 | Doe 35 | Doe 54 | Doe 91 | Doe 116 | Doe 134 |
| Doe 19 | Doe 39 | Doe 67 | Doe 93 | Doe 118 | Doe 135 |
| Doe 23 | Doe 40 | Doe 69 | Doe 94 | Doe 119 | Doe 139 |
| Doe 24 | Doe 43 | Doe 74 | Doe 95 | Doe 125 | Doe 140 |
| Doe 30 | Doe 44 | Doe 75 | Doe 96 | Doe 126 | Doe 144 |

Respectfully Submitted,


By:          /s/ Matthew C. Wagner
Matthew C. Wagner (ct25926)
mwagner@dmoc.com
Scott M. Harrington (ct02482)
sharrington@dmoc.com
DISERIO MARTIN O'CONNOR &
CASTIGLIONI, LLP
One Atlantic Street
Stamford, CT 06901
Telephone: (203) 358-0800
Facsimile: (203) 348-2321
*Attorneys for Plaintiff*

Dated: November 12, 2013

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

REFX AUDIO SOFTWARE, INC.,

Plaintiff,

vs.

DOES 1-145,

Defendants.

Case No.: 3:13-cv-00207-JCH

Judge: Janet C. Hall

I hereby certify that a true and correct copy of the foregoing *Plaintiff's Notice of Voluntary Dismissal Pursuant to FRCP 41(a)(1)(A)(i)* is being served on the following as indicated below:

FX Motion Response
P.O. Box 3016
Talcottville Station
Vernon, CT 06066

Respectfully Submitted,

By:        /s/ Matthew C. Wagner
Matthew C. Wagner (ct25926)
mwagner@dmoc.com
Scott M. Harrington (ct02482)
sharrington@dmoc.com
DISERIO MARTIN O'CONNOR &
CASTIGLIONI, LLP
One Atlantic Street
Stamford, CT 06901
Telephone: (203) 358-0800
Facsimile: (203) 348-2321
*Attorneys for Plaintiff*

Dated: November 12, 2013